IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARCUS ANTHONY BRUNER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-241-C |
| | ) | |
| OKLAHOMA COUNTY DETENTION CENTER, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on April 18, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the civil rights complaint is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of May, 2006.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge